UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUN 23 2016

David J. Bradley, Clerk of Court

CLERK OF COURT

Dear CLERK:  June 20, 2016

    This is a request that this letter to the Honorable Judge Lynn Hughes be filed in the court records. I've also enclosed a S.A.S.E., as I await the courts response.

    I also ask that you send me a copy of the Docket Sheet after you've filed my letter.

Thank you for your help in this matter.

Respectfully,

Garland Harper

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Dear Honorable Lynn Hughes:                          June 20,2016


On February 22,2016 I was denied in my 11:071 Habeas writ by the Court of Criminal Appeals. It has also come to my attention Your Honor, that Your court has appointed a Mr.Kenneth McGuire, out of Houston.
Your Honor, I've written to Mr.McGuire at P.O.Box 79535, Houston,TX. 77279. ONLY TO HAVE NOT GOTTEN A RESPONSE! My ( 1 ) year AEDPA time is RUNNING, and i need to make contact with him.
I'm asking the Honorable Court to appoint a second attorney to help represent me at this time, someone who will communicate with me.




Attorney's requested:

Maury Lavine
Hilder and Associates
UT Law School Jim Marcus




Thank you for your help in this matter.


Respectfully

Garland Harper

Garland Harper #999560
Polunsky Unit
3872 Fm 350
Livingston, Tx. 77351

United States Courts
Southern District of Texas
FILED
JUN 23 2016
David J. Bradley, Clerk of Court

Legal Mail

Clerk: for the Honorable Lynn Hughes
United States District Court
Southern District of Texas
Houston Division
515 Rusk St
Houston, Tx. 77002