IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GARLAND HARPER, | § | |
| Petitioner | § | CIVIL ACTION NO. H-16-762 |
| vs. | § | |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Institutional Division, | § | THIS IS A CAPITAL CASE |
| Respondent | § | |

Order for Case Budgeting

Case budgeting will occur in stages ~~as recommended~~ by the Judicial Conference. Harper will ~~shall~~ submit case budgets *ex parte* and under seal. Counsel may submit interim vouchers ~~on a~~ quarterly ~~basis~~.

SIGNED on June 28, 2016, at Houston, Texas.

LYNN N. HUGHES
UNITED STATES DISTRICT JUDGE