UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Garland Harper, | § | |
| | § | |
| Petitioner, | § | |
| versus | § | Civil Action H-16-762 |
| | § | |
| Lorie Davis, | § | |
| | § | |
| Respondent. | § | |

# Order

Harper has filed a federal habeas petition. (17) The parties will submit a joint proposed scheduling order by May 26, 2017.

Signed on May 10, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge