United States District Court
Southern District of Texas
**ENTERED**
May 24, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GARLAND BERNELL HARPER, § <br> Petitioner, § <br> § <br> v. § <br> § <br> LORIE DAVIS, § <br> Director, Texas Department § <br> of Criminal Justice, § <br> Correctional Institutions Division, § <br> Respondent. | No. 4:16-cv-00762 <br> *CAPITAL CASE* |

### SCHEDULING ORDER

On February 23, 2017, Petitioner Garland Bernell Harper filed a federal habeas corpus petition in this Court, pursuant to 28 U.S.C. § 2254, challenging his capital murder conviction and sentence of death. It is

**ORDERED** that the Respondent shall have 120 days from the date of this order to file a motion for summary judgment, dismissal, or other responsive pleading. It is further

**ORDERED** that the Petitioner shall have 120 days from the date Respondent files her motion or responsive pleading to file a reply.

SIGNED on this the 24th day of MAY, 2017.

All Capitals

LYNN N. HUGHES
United States District Judge