United States District Court
Southern District of Texas
**ENTERED**
September 27, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Garland Harper, | § | |
| | § | |
| Petitioner, | § | |
| versus | § | Civil Action H-16-762 |
| | § | |
| Lorie Davis, | § | |
| | § | |
| Respondent. | § | |

## Order

By December 20, 2017, Respondent will file an answer. (24).

Signed on _____09.25_____, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge