UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Garland Harper, | § § | |
| Petitioner, | § | |
| versus | § § | Civil Action H-16-762 |
| Lorie Davis, | § § | |
| Respondent. | § § | |

## Order

By April 19, 2018, Respondent will file an answer. (26). No additional extensions will be granted.

Signed on _December 22_, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge