# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Garland Bernell Harper ) | |
| *Plaintiff* ) | |
| v. ) | Case No. H-16-0762 |
| William Stephens, Director ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Garland Bernell Harper.

Date:   03/29/2018

/s/ Gregory W. Gardner
*Attorney's signature*

Gregory W. Gardner #2707338
*Printed name and bar number*
P.O. Box 2366
Boulder, Colorado 80306

*Address*

ggardner@gwgardnerlaw.com
*E-mail address*

(303) 990-5910
*Telephone number*

(720) 580-0021
*FAX number*