United States District Court
Southern District of Texas
ENTERED
April 13, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Garland Harper, | § | |
| | § | |
| Petitioner, | § | |
| versus | § | Civil Action H-16-762 |
| | § | |
| Lorie Davis, | § | |
| | § | |
| Respondent. | § | |

# Order

Attorney Gregory W. Gardner has filed a notice to appear as counsel for Garland Harper. (28) Gardner has not moved for appointment. This court already appointed attorneys to represent Harper. Gardner's notice of appearance will be stricken from the record absent the withdrawal of the current lawyers.

Signed on _____April 12_____, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge