UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

Garland Harper, §
§
Petitioner, §
§
versus § Civil Action H-16-762
§
Lorie Davis, §
§
Respondent. §

## Order

By May 16, 2019, Harper will respond to Davis's pleadings. (38).

Signed on ___02-06___, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge