| | | |
|---|---|---|
| United States District Court | Southern District of Texas | |

United States District Court
Southern District of Texas
**ENTERED**
January 29, 2020
David J. Bradley, Clerk

Garland Harper, §
§
    Plaintiff, §
§
versus §    Civil Action H-16-762
§
Lorie Davis, §
§
    Defendant. §

## Order Substituting Counsel

Woodson Erich Dryden is fully withdrawn as counsel for Lorie Davis. Adham Bissar is substituted as counsel for Davis. No delay will be countenanced because of this change. (43)

Signed on January 28, 2020, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge