December 14, 2021

United States Courts
Southern District of Texas
FILED
DEC 20 2021
Nathan Ochsner, Clerk of Court

Dear Honorable Lynn Hughes

My name is Garland Bernell Harper, and I was notified by Kenneth W. McGuire & Ali Fazel, Attorney's of Law

That they represented me (No longer) as per written request by myself, on December 13, 2021 at 3:25 pm, by way of Attorney phone call.

This is a request for the Court to assign me counsel.

Respectfully,

Thank you.

[signature]

Polunsky Unit
3872 Fm 350
Livingston, Tx. 77351

Garland Harper
Polunsky Unit
3872 FM 350
Livingston, TX. 77351

NORTH HOUSTON TX 773

17 DEC 2021 PM 5 L

United States Courts
Southern District of Texas
FILED

DEC 20 2021

Nathan Ochsner, Clerk of Court

Legal
Mail

Honorable Lynn Hughes
United States District Court
Southern District of Texas
515 Rusk Suite 5300
Houston, TX 77002-26(

77002-260725