United States District Court
Southern District of Texas
**ENTERED**
January 05, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | |

Garland Harper, §
§
   Petitioner, §
§
Versus § Civil Action H-16-762
§
Bobby Lumpkin, §
§
   Respondent. §

## Order

Garland Harper filed a *pro se* motion for the appointment of counsel. (59) The circuit court recently removed Harper's appointed attorneys from his appeal. Harper subsequently filed a motion in the circuit court for the appointment of new attorneys. The court **denies** Harper's motion because the circuit court has jurisdiction over his appeal.

Signed on January 5, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge