# United States Court of Appeals
# for the Fifth Circuit

---

No. 20-70022

---

GARLAND BERNELL HARPER,

*Petitioner—Appellant,*

United States Courts
Southern District of Texas
FILED

June 03, 2022

Nathan Ochsner, Clerk of Court

*versus*

BOBBY LUMPKIN, *Director, Texas Department of Criminal Justice, Correctional Institutions Division,*

*Respondent—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:16-CV-762

---

ORDER:

IT IS ORDERED that attorneys Sarah Ottinger and Carol Kolinchak are appointed to represent Garland Harper pursuant to 18 U.S.C. § 3599.

DON R. WILLETT
*United States Circuit Judge*

# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 03, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 20-70022   Harper v. Lumpkin
                       USDC No. 4:16-CV-762


Enclosed is an order entered in this case.


                        Sincerely,

                        LYLE W. CAYCE, Clerk


                        By: _____
                        Mary Frances Yeager, Deputy Clerk
                        504-310-7686

Mr. Woodson Erich Dryden
Ms. Carol A. Kolinchak
Mr. Nathan Ochsner
Ms. Sarah Lynn Ottinger
Mr. Patrick Daniel Todd

P.S. to Ms. Kolinchak and Ms. Ottinger:  Any extension motion for
filing a rehearing is due within fourteen (14) days.